IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| MOUNTAIN MARKETING | ) | |
|---|---|---|
| PROFESSIONALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-231 |
| | ) | (Jarvis/Shirley) |
| FAIRFIELD RESORTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the undersigned pursuant to the provisions of 28 U.S.C. §636(b), the Rules of this Court, and by Order [Doc. 37] of the Honorable James H. Jarvis, United States District Judge, for disposition of the Motion to Quash Subpoenas of Christopher Todd Stanton [Doc. 35].

The plaintiff has filed a notice of withdrawal of the subject subpoenas. [Doc. 44]. Accordingly, the Motion to Quash Subpoenas of Christopher Todd Stanton [Doc. 35] is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

                 **ENTER:**

                   s/ C. Clifford Shirley, Jr.
                 United States Magistrate Judge