IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MOUNTAIN MARKETING PROFESSIONALS, INC., | ) ) ) | |
| Plaintiff | ) | |
| v. | ) ) | No. 3:04-cv-231 |
| FAIRFIELD RESORTS, INC. and KIRK JOHNSON, | ) ) ) | |
| Defendants | ) | |

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendants' motion for summary judgment [Court File #23] is GRANTED IN PART and DENIED IN PART. With respect to plaintiff's claims under the Tennessee Consumer Protection Act and plaintiff's breach of contract claim involving Big Daddy's Fireworks, defendants' motion is GRANTED. In all other respects, the motion is DENIED.

**E N T E R :**

　　　　　　　　　　　　　　　　　　　　*s/ James H. Jarvis*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE